FILED & ENTERED

AUG 01 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

**NOT FOR PUBLICATION**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KENNETH LEONARD DYMMEL AND RUTH ELIZABETH DYMMEL,<br><br>Debtors. | Case No. 2:15-bk-12558-RK<br><br>Chapter 11<br><br>**ORDER STAYING ORDER APPROVING THIRD AMENDED DISCLOSURE STATEMENT (CORRECTED/FINAL) AND SETTING HEARING ON OBJECTION OF EAST/WEST BANK TO THIRD AMENDED DISCLOSURE STATEMENT (CORRECTED/FINAL) AND DEBTORS' MOTION TO STRIKE AND RESPONSE TO OBJECTION OF EAST/WEST BANK**<br><br>DATE:    August 3, 2016<br>TIME:    11:00 a.m.<br>PLACE:   Courtroom 1675<br>         255 East Temple Street<br>         Los Angeles, CA  90012 |

    Having considered the objection of Creditor East/West Bank to Third Amended Disclosure Statement (Corrected/Final), ECF 280, filed on July 21, 2016, and Debtors' Motion to Strike and Response to Objection of East/West Bank to Debtors' Third Amended Disclosure Statement, ECF 283, filed on July 25, 2016, the court hereby stays the Order Approving Third Amended Disclosure Statement (Corrected/Final), ECF 279,

filed on July 21, 2016, until further order of the court.  Robert M. Aronson, of the Law Office of Robert M. Aronson, represents Debtors.  Elmer Dean Martin III, Attorney at Law, represents Creditor East/West Bank.  In its amended scheduling order re: confirmation of plan, ECF 272, filed on July 11, 2016, the court set a holding date of August 3, 2016 at 11:00 a.m. to resolve any issues with respect to the corrected Third Amended Disclosure Statement, and in light of Creditor East/West Bank's unresolved objection, the court will conduct a hearing on the corrected Third Amended Disclosure Statement on August 3, 2016 at 11:00 a.m. in Courtroom 1675, Roybal Federal Building, 255 East Temple Street, Los Angeles, California.  Apparently, Debtors by their counsel had lodged the order approving the corrected Third Amended Disclosure Statement without resolving the objection of Creditor East/West Bank, which necessitates this order setting the objection for hearing and staying the order approving the corrected Third Amended Disclosure Statement because the court approved the order lodged by Mr. Aronson on the incorrect assumption that all issues relating to the corrected Third Amended Disclosure Statement had been resolved.

**IT IS SO ORDERED.**

###

Date: August 1, 2016

_____
Robert Kwan
United States Bankruptcy Judge